## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-__00337-AN__ |
| v. | **INFORMATION** |
| **TRACY MOLINA,** | **41 C.F.R. § 102-74.385** |
| Defendant. | **41 C.F.R. § 102-74.385** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Failing to Obey a Lawful Order)**
**(41 C.F.R. § 102-74.385)**

On or about July 20, 2025, in the District of Oregon, defendant **TRACY MOLINA**, did willfully enter in and on federal property, to wit: the grounds of the Immigration and Customs Enforcement Building and fail to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315, and Title 41, Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

/ / /

/ / /

/ / /

**Information**                                                                                                    **Page 1**

## COUNT 2
### (Failing to Obey a Lawful Order)
### (41 C.F.R. § 102-74.385)

On or about July 28, 2025, in the District of Oregon, defendant **TRACY MOLINA**, did willfully enter in and on federal property, to wit: the grounds of the Immigration and Customs Enforcement Building and fail to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315, and Title 41, Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

Dated: August 21, 2025                    Respectfully submitted,

                                          WILLIAM M. NARUS
                                          Acting United States Attorney


                                          */s/ Kate Rochat*
                                          Kate Rochat
                                          Assistant United States Attorney