AO 442 (Rev. 08/24 PDX) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF OREGON

United States of America
v.

Case No. 3:25-cr-00337-AN

Tracy Molina
*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Tracy Molina,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☒ Pretrial Violation Petition ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice
☐ Order of the Court

This offense is briefly described as follows:
Pretrial violation

Date: August 27, 2025

*Issuing officer's signature*

City and state: Portland, Oregon

U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*