Ellie Riegel, OSB #221879
Assistant Federal Public Defender
Email: Ellie_Riegel@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00337-AN-1 |
| Plaintiff, | |
| v. | DECLARATION IN SUPPORT OF FIRST UNOPPOSED MOTION TO CONTINUE TRIAL |
| TRACY MOLINA, | |
| Defendant. | |

I, Ellie Riegel, declare:

1. I am one of the attorneys appointed to represent Tracy Molina, in the above-entitled case.

2. A jury trial in this case is currently scheduled for October 21, 2025. Ms. Molina was arraigned on August 22, 2025. This is Ms. Molina's first request for a continuance of the trial date.

3. Ms. Molina has received discovery and the defense is conducting investigation in her case, including obtaining information relating to circumstances of the offense and Ms. Molina's background. This information relates to pretrial litigation, trial, and sentencing. Ms.

Page 1   Declaration in Support of First Unopposed Motion to Continue Trial

Molina therefore respectfully requests that this Court continue her case for a period of approximately 119 days or more to accomplish these tasks.

    4.    I have discussed with Ms. Molina her right to a speedy trial. She agrees to the continuance and knows it will result in excludable delay under the provisions of 18 U.S.C. § 3161(h)(7)(A) of the Speedy Trial Act.

    5.    Assistant United States Attorney Kate Rochat has no objection to this motion.

    6.    I make this motion in good faith and not for the purpose of delay.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on September 30, 2025, in Portland, Oregon.

                                                      _s/ Ellie Riegel_
                                                      Ellie Riegel, OSB #221879