Ellie Riegel, OSB #221879
Assistant Federal Public Defender
Email: Ellie_Riegel@fd.org

Peyton Lee, OSB #164224
Assistant Federal Public Defender
Email: Peyton_Lee@fd.org

101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00337-SB-1 |
| Plaintiff, | |
| v. | DEFENDANT'S SENTENCING MEMORANDUM |
| TRACY MOLINA, | |
| Defendant. | |

Defendant, Tracy Molina, will appear before this Court on June 2, 2026, for a change of plea and sentencing for one count of Failing to Obey a Lawful Order in violation of Title 41, Code of Federal Regulations, Section 102.74.385. For reasons expressed in other sentencing materials, Ms. Molina respectfully requests a sentence of time served with no supervision to follow.

Dated: June 1, 2026.

*s/ Ellie Riegel*
Ellie Riegel, OSB #221879

*s/ Peyton Lee*
Peyton Lee, OSB #164224